SELF SERVICE SUPER MARKET, INC., Landlord, Respondent. *v.* BENJAMIN HARRIS, Tenant, Appellant, and NATHAN TESSLER et al., Undertenants, Appellants.

Supreme Court, Appellate Term, First Department, July 13, 1950.

*Karl Propper* for tenant, appellant.

*Herman H. Wallberg* for Nathan Tessler and others, undertenants, appellants.

*William Bregman* for George Tiefer and another, copartners doing business as Tiefer & Seiderbaum, undertenants, appellants.

*Louis Susman* for respondent.

*Per Curiam.* Landlord failed to offer the tenant a lease containing the same terms and conditions as those offered to the prospective tenant and thereby failed to comply with the requirements of subdivision (k) of section 8 of the Business Rent Law (L. 1945, ch. 314, as amd.).

The final order should be reversed, with $30 costs as of one appeal and petition dismissed, with costs.

HAMMER, HOFSTADTER and PECORA, JJ., concur.

Final order reversed. etc.